AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:18−cv−11086−SFC−PTM

This summons for *(name of individual and title, if any)* __JPay, Inc.__
was received by me on *(date)* __April 10, 2018__

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[✓] Other: *(specify)*: I served the Summons and Complaint at the address of the registered agent for Defendant JPay, Inc., 40600 Ann Arbor Rd E, Suite 201, Plymouth, MI 48170, on April 11, 2018, via the United Parcel Service

My fees are $ __-0-__ for travel and $ _____ for services, for a total of $ __-0-__.

I declare under the penalty of perjury that this information is true.

Date: __April 12, 2018__

_Server's Signature_
Kathryn Moore, Legal Assistant
*Printed Name and Title*
26700 Lahser Rd, Suite 401, Southfield, MI 48033
*Server's address*

Additional information regarding attempted service, etc.:

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z1295Y10290545641 |
| **Service:** | UPS 2nd Day Air® |
| **Weight:** | .50 lb |
| **Shipped/Billed On:** | 04/10/2018 |
| **Delivered On:** | 04/11/2018 10:30 A.M. |
| **Delivered To:** | PLYMOUTH, MI, US |
| **Received By:** | GREENHOUGH |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/11/2018 12:22 P.M. ET