# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TEMUJIN KENSU, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    *Plaintiff*,

  v.

JPAY INC.,

    *Defendants*.

Case No. 2:18-cv-11086-SFC-PTM

Hon. Sean F. Cox
Mag. Judge Patricia T. Morris

---

| | |
|---|---|
| Keith L. Altman (P81702)<br>Solomon M. Radner (P73653)<br>Ari Kresch (P29593)<br>EXCOLO LAW PLLC<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>516-456-5885<br>kaltman@lawampmmt.com<br><br>*Attorney for Plaintiff* | Tedd M. Warden (IL#6297897)<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>312-324-1778<br>tedd.warden@morganlewis.com<br><br>*Attorney for Defendant* |

---

## APPEARANCE OF COUNSEL

Tedd M. Warden of the law firm Morgan, Lewis & Bockius LLP hereby enters his appearance as counsel of record for Defendant JPay Inc., in the above-referenced matter.

Dated: April 27, 2018

    **JPAY INC.**

    By:   */s/ Tedd M. Warden*
           One of Their Attorneys

          Tedd M. Warden (IL#6297897)
          MORGAN, LEWIS & BOCKIUS LLP
          77 West Wacker Drive, Fifth Floor
          Chicago, IL 60601
          312-324-1778
          tedd.warden@morganlewis.com

*Attorney for Defendant*