# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TEMUJIN KENSU, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    *Plaintiff*,

    v.

JPAY INC.,

    *Defendants*.

Case No. 2:18-cv-11086-SFC-PTM

Hon. Sean F. Cox
Mag. Judge Patricia T. Morris

---

Keith L. Altman (P81702)
Solomon M. Radner (P73653)
Ari Kresch (P29593)
EXCOLO LAW PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
kaltman@lawampmmt.com

*Attorney for Plaintiff*

Tedd M. Warden (IL#6297897)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
312-324-1778
tedd.warden@morganlewis.com

*Attorney for Defendant*

---

## STIPULATION AND ORDER EXTENDING TIME TO
## MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

    WHEREAS, on April 4, 2018, Plaintiff Temujin Kensu ("Plaintiff") filed his Complaint with the U.S. District Court for the Eastern District of Michigan (the "Complaint"). Dkt. 1.

    WHEREAS, on April 11, 2018, Plaintiff served Defendant JPay Inc. ("Defendant") with a copy of the Summons and Complaint. Dkt. 3.

WHEREAS, Defendant's response to the Complaint currently is due on May 2, 2018.

WHEREAS, Defendant has only recently retained counsel, and counsel has not yet had the opportunity to conduct an investigation into the Complaint. Accordingly, on April 25, 2018, counsel for Defendant contacted Plaintiff's undersigned counsel via telephone to request an extension of time for Defendant to respond to the Complaint, and Plaintiff's counsel consented to a 30-day extension of time.

WHEREAS, the parties have not previously sought any extensions in this matter. An extension of Defendant's deadline to respond to the Complaint will not cause undue delay or prejudice to any party;

WHEREAS, the parties hereby stipulate and agree that Defendant's deadline to respond to the Complaint be extended to and including June 1, 2018.

Upon the stipulation of the parties, and the Court being otherwise advised in the premises:

IT IS ORDERED, Defendants JPay Inc.'s deadline to respond to the Complaint be extended to and including June 1, 2018.

Dated: May 11, 2018    s/Sean F. Cox
                       Sean F. Cox
                       U. S. District Judge

## WE STIPULATE TO THE ENTRY OF THE ABOVE ORDER; APPROVED AS TO FORM:

Dated: April 27, 2018

| **TEMUJIN KENSU** | **JPAY INC.** |
|---|---|
| By: _/s/ Keith L. Altman_ | By: _/s/ Tedd M. Warden_ |
| One of His Attorneys | One of Their Attorneys |

Keith L. Atlman (P81702)
Solomon M. Radner (P73653)
Ari Kresch (P29593)
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
kaltman@excololaw.com

*Attorney for Plaintiff*

Tedd M. Warden (IL#6297897)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
312-324-1778
tedd.warden@morganlewis.com

*Attorney for Defendant*