UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Temujin Kensu,

                Plaintiff(s),

v.                                                      Case No. 2:18−cv−11086−SFC−PTM
                                                      Hon. Sean F. Cox

JPay, Inc.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Patricia T. Morris for all pretrial proceedings, including a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                                      s/Sean F. Cox
                                                      Sean F. Cox
                                                      United States District Judge

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                      s/J. McCoy
                                                      Case Manager

Dated:  May 11, 2018