**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| TEMUJIN KENSU, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>JPAY, INC., A DELAWARE CORPORATION,<br><br>    Defendant. | Case No. 2:18-cv-11086-SFC-PTM<br><br>Hon. Sean F. Cox<br>Mag. Judge Patricia T. Morris |

| | |
|---|---|
| EXCOLO LAW PLLC<br>Keith L. Altman (P81702)<br>Solomon M. Radner (P73653)<br>Ari Kresch (P29593)<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>516-456-5885<br>kaltman@lawampmmt.com<br><br>*Attorneys for Plaintiff* | MORGAN LEWIS & BOCKIUS LLP<br>Elizabeth B. Herrington (IL#6244547)<br>Tedd M. Warden (IL#6297897)<br>Zachary R. Lazar (IL#6325727)<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>312-324-1000<br>elizabeth.herrington@morganlewis.com<br><br>HICKEY HAUCK BISHOFF & JEFFERS PLLC<br>Benjamin W. Jeffers (P57161)<br>One Woodward Avenue, Suite 2000<br>Detroit, MI 48226<br>313.964.8600<br>bjeffers@hhbjlaw.com<br><br>*Attorneys for Defendant* |

## **APPEARANCE**

To:   Clerk of the Court
      All Counsel of Record

PLEASE TAKE NOTICE that Benjamin W. Jeffers of the law firm Hickey Hauck Bishoff & Jeffers, PLLC, hereby enters his appearance as counsel on behalf of Defendant, JPay, Inc., in the above-referenced matter.

Respectfully submitted,

HICKEY HAUCK BISHOFF & JEFFERS PLLC

 */s/ Benjamin W. Jeffers*
Benjamin W. Jeffers (P57161)
*Attorneys for Defendant*
One Woodward Avenue, Suite 2000
Detroit, MI 48226
313.964.8600

Dated: May 30, 2018    bjeffers@hhbjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system which will send notifications to all e-filing participants of record.

HICKEY HAUCK BISHOFF & JEFFERS, PLLC

 */s/ Benjamin W. Jeffers*
Benjamin W. Jeffers (P57161)
*Attorneys for Defendant*
One Woodward Avenue, Suite 2000
Detroit, MI 48226
313.964.8600

Dated: May 30, 2018    bjeffers@hhbjlaw.com

-2-