# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TEMUJIN KENSU, INDIVIDUALLY, AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    *Plaintiff*,

    v.

JPAY INC.

    *Defendant*.

Case No. 2:18-cv-11086-SFC-PTM

Hon. Sean F. Cox
Mag. Judge Patricia T. Morris

---

EXCOLO LAW PLLC
Keith L. Altman (P81702)
Solomon M. Radner (P73653)
Ari Kresch (P29593)
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
kaltman@lawampmmt.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
Elizabeth Herrington (IL#6244547)
Tedd M. Warden (IL#6297897)
Zachary R. Lazar (IL#6325727)
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
312-324-1000
beth.herrington@morganlewis.com

HICKEY HAUCK BISHOFF & JEFFERS PLLC
Benjamin W. Jeffers (P57161)
One Woodward Avenue, Suite 2000
Detroit, MI 48226
313.964.8600
bjeffers@hhbjlaw.com

*Attorneys for Defendant*

---

## APPEARANCE OF COUNSEL

Zachary R. Lazar of the law firm Morgan, Lewis & Bockius LLP hereby enters his appearance as counsel of record for Defendant JPay Inc., in the above-referenced matter.

Dated: May 30, 2018                           Respectfully Submitted:

                                              MORGAN, LEWIS & BOCKIUS LLP

                                              By:  */s/ Zachary R. Lazar*

                                              Zachary R. Lazar (IL#6325727)
                                              *Attorneys for Defendant*
                                              77 West Wacker Drive, Fifth Floor
                                              Chicago, IL 60601
                                              312-324-1000
                                              zachary.lazar@morganlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system which will send notifications to all e-filing participants of record.

Dated: May 30, 2018                                   MORGAN, LEWIS & BOCKIUS LLP

    /s/ *Zachary R. Lazar*

Zachary R. Lazar (IL#6325727)
*Attorneys for Defendant*
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
312-324-1000
zachary.lazar@morganlewis.com