UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TEMUJIN KENSU, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

Plaintiff(s),

Case No. 2:18-cv-11086-SFC-PTM

v.

JPAY INC.

Judge Hon. Sean F. Cox

Magistrate Judge Mag. Patricia T. Morris

Defendant(s).

/

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **JPay Inc.** [Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: June 1, 2018

/s/ Elizabeth Herrington
Signature
IL#6244547
Bar No.
77 West Wacker Dr., Fifth Floor
Street Address
Chicago, IL 60601
City, State, Zip Code
312-324-1000
Telephone Number
beth.herrington@morganlewis.com
Primary Email Address