UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TEMUJIN KENSU, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    *Plaintiff*,<br><br>    v.<br><br>JPAY INC.<br><br>    *Defendant*. | Case No. 2:18-cv-11086-SFC-PTM<br><br>Hon. Sean F. Cox<br>Mag. Judge Patricia T. Morris |

| | |
|---|---|
| EXCOLO LAW PLLC<br>Keith L. Altman (P81702)<br>Solomon M. Radner (P73653)<br>Ari Kresch (P29593)<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>516-456-5885<br>kaltman@lawampmmt.com<br><br>*Attorneys for Plaintiff* | MORGAN, LEWIS & BOCKIUS LLP<br>Elizabeth Herrington (IL#6244547)<br>Zachary R. Lazar (IL#6325727)<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>312-324-1000<br>beth.herrington@morganlewis.com<br><br>HICKEY HAUCK BISHOFF & JEFFERS PLLC<br>Benjamin W. Jeffers (P57161)<br>One Woodward Avenue, Suite 2000<br>Detroit, MI 48226<br>313.964.8600<br>bjeffers@hhbjlaw.com<br><br>*Attorneys for Defendant* |

## EXHIBITS IN SUPPORT OF
## DEFENDANT'S MOTION TO COMPEL ARBITRATION

Exhibit 1:    Declaration of Atinuke Sode

Exhibit 2:    Declaration of Elizabeth Herrington

Exhibit 3:    Unpublished Decisions