UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Temujin Kensu,

                Plaintiff(s),

v.                                    Case No. 2:18–cv–11086–SFC–PTM
                                              Hon. Sean F. Cox

JPay, Inc.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

      Motion to Compel – #12
      Motion to Dismiss – #13

IT IS HEREBY ORDERED that Temujin Kensu shall file a response to the above document on or before June 22, 2018. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before July 6, 2018.

                                              s/Patricia T. Morris
                                              Patricia T. Morris
                                              U.S. Magistrate Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/K Castaneda
                                                     Case Manager

Dated:  June 5, 2018