# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TEMUJIN KENSU, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

JPAY, INC., a Delaware Corporation,

    Defendant.

Case No. 2:18-cv-11086-SFC-PTM

Hon. Sean F. Cox
Mag. Judge Patricia T. Morris

---

| | |
|---|---|
| EXCOLO LAW PLLC<br>Keith L. Altman (P81702)<br>Solomon M. Radner (P73653)<br>Ari Kresch (P29593)<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>516-456-5885<br>kaltman@lawampmmt.com<br><br>*Attorneys for Plaintiff* | MORGAN LEWIS & BOCKIUS LLP<br>Elizabeth B. Herrington (IL#6244547)<br>Tedd M. Warden (IL#6297897)<br>Zachary R. Lazar (IL#6325727)<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>312-324-1000<br>elizabeth.herrington@morganlewis.com<br><br>HICKEY HAUCK BISHOFF & JEFFERS PLLC<br>Benjamin W. Jeffers (P57161)<br>One Woodward Avenue, Suite 2000<br>Detroit, MI  48226<br>313.964.8600<br>bjeffers@hhbjlaw.com<br><br>*Attorneys for Defendant* |

---

## STIPULATED ORDER REGARDING
## PLAINTIFF'S PROPOSED AMENDED COMPLAINT

-2-

This matter having come before the Court on the stipulation of the parties; the Court finding good cause to enter this Order so as to facilitate the efficient resolution of the parties' dispute concerning whether this case should be dismissed or stayed pending arbitration; and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED as follows:

1. Plaintiff is granted leave to file his proposed Amended Complaint (previously lodged as Dkt #15 but subsequently stricken) and he shall do so within five (5) days of entry of this Order;

2. Defendant has fourteen (14) days to file a renewed Motion to Compel Arbitration ("Arbitration Motion") from the date Plaintiff files his Amended Complaint;

3. All other defenses and arguments that Defendant may have as to the Amended Complaint, including pursuant to Fed.R.Civ.P. 12, are preserved at this time. Defendant need not answer or otherwise plead in response to the Amended Complaint until the Court resolves the Arbitration Motion and sets forth a response deadline, should that become necessary.

4. Defendant's Motion to Compel Arbitration (Dkt #12) and Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt #13), which related to Plaintiff's initial Complaint (Dkt #1), are deemed moot in light of Plaintiff's Amended Complaint and this Order.

SO ORDERED.

Date: June 26, 2018                          S/ PATRICIA T. MORRIS
                                             Patricia T. Morris
                                             United States Magistrate Judge


Dated:

Stipulated to by all parties:

/s/   *Keith L. Altman*                      /s/   *Benjamin W. Jeffers*
Keith L. Altman (P81702)                     Benjamin W. Jeffers (P57161)
Ryan Solomon M. Racner (P73653)              HICKEY HAUCK BISHOFF & JEFFERS, PLLC
Ari Kresch (P29593)                          1 Woodward Ave., Suite 2000
EXCOLO LAWFIRM, PLLC                         Detroit, MI  48226
26700 Lahser Road, Suite 401                 313-964-8600
Southfield, MI  48033                        bjeffers@hhbjlaw.com
516-456-5885
kaltman@lawampmmt.com
                                             /s/   *Elizabeth B. Herrington*
                                             Elizabeth B. Herrington (IL#6244547)
                                             Tedd M. Warden (IL#6297897)
                                             Zachary R. Lazar (IL#6325727)
                                             MORGAN LEWIS & BOCKIUS LLP
                                             77 West Wacker Drive, Fifth Floor
                                             Chicago, IL 60601
                                             312-324-1000
                                             elizabeth.herrington@morganlewis.com

*Attorneys for Plaintiff*                    *Attorneys for Defendant*


4846-2102-6924, v. 1