UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Temujin Kensu,

                Plaintiff(s),

v.                                    Case No. 2:18–cv–11086–SFC–PTM
                                            Hon. Sean F. Cox

JPay, Inc.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

       Motion to Compel – #19

IT IS HEREBY ORDERED that Temujin Kensu shall file a response to the above document on or before July 31, 2018. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before August 14, 2018.

                                              s/Patricia T. Morris
                                              Patricia T. Morris
                                              U.S. Magistrate Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/K Castaneda
                                              Case Manager

Dated: July 11, 2018