# Exhibit A



April 2, 2019

Ms. Tina Sode
JPay, Inc.
12864 Biscayne Blvd.
Suite 243
Miami, FL
33181

Dear Tina,

I wanted to send a follow up of our phone call of March 4, 2019.

During that call, JAMS expressed our concerns over the difficulty we are having effectively administering arbitrations between JPAY and its incarcerated clients. In addition to our offices receiving a high volume of calls from clients of JPAY looking for customer service, we also receive numerous requests for the JAMS Demand for Arbitration form and the JAMS arbitration rules, which must be sent individually via US Mail. Ensuring that individual claimants have been properly served with documents, and ensuring that they are able to effectively participate in the tripartite arbitrator selection process that is mandated in the terms of service (in the rare occasions that we're able to commence an arbitration) has been difficult, and in some cases, impossible. Communication with the claimants is difficult, and again at times impossible, because the claimants are often transferred without notice to other correctional institutions.

Because of the inability of JAMS to ensure that both parties receive the best possible service from JAMS, going forward we will respectfully decline to administer arbitrations between JPAY and its individual consumer clients. We request that JPAY remove us from its terms of service.

JAMS will continue to administer cases that have been commenced prior to April 1, 2019.

Thank you in advance,

*E Carter*

Elizabeth M. Carter
Vice President, East Central
212-607-2737
ecarter@jamsadr.com