# EXHIBIT A



April 23, 2019

Keith Altman Esq.
Excolo Law PLLC
26700 Lahser Rd.
Suite 401
Southfield, MI 48033

Re:     JPay Arbitration Request

Dear Mr. Altman

Please be advised that as of April 8, 2019 JAMS is no longer administering arbitrations between JPay and its customers. Please call JPay at 1-800-574-5729 for information regarding resolving disputes with JPay.

Sincerely,

Sarah Nevins
Business Manager
313-209-8851
snevins@jamsadr.com