UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Temujin Kensu,

               Plaintiff(s),

v.                                     Case No. 2:18−cv−11086−SFC−PTM
                                       Hon. Sean F. Cox

JPay, Inc.,

               Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Patricia T. Morris at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan. The following motion(s) are scheduled for hearing:

      Motion − #28

- MOTION HEARING:  June 26, 2019 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/K Castaneda
                                                    Case Manager

Dated:  June 11, 2019