UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Temujin Kensu,

    *Plaintiff*,                                  Case No. 18-cv-11086

 v.                                                   Hon. Sean F. Cox
                                                          Mag. Patricia T. Morris

JPay, Inc.,

    *Defendant*.
_____/

**STIPULATED ORDER FOR EXTENSION OF TIME FOR PARTIES TO RESOLVE ISSUES RAISED IN PLAINTIFF'S MOTION TO LIFT STAY (DOC. # 28)**

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel, that, subject to the approval of the Court, the Court's imposed deadline of July 3, 2019 for the parties to resolve the issues raised in Plaintiff's Motion to Lift Stay (Doc. #28), is hereby extended by seven (7) days, to July 10, 2019.

    **SO ORDERED.**

Date: July 3, 2019                                           S/ PATRICIA T. MORRIS
                                                            Patricia T. Morris
                                                            United States Magistrate Judge

[Stipulation Signatures on Next Page]

STIPULATED AND AGREED:

| EXCOLO LAW, PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: */s/ Keith L. Altman*<br>Keith L. Altman (P81702)<br>*Attorney for Plaintiff*<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>(866) 939-2656<br>kaltman@excololaw.com<br><br>Dated: July 3, 2019 | By: */s/ Elizabeth Herrington*<br>Elizabeth Herrington (IL#6244547)<br>*Attorney for Defendant*<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>(312) 324-1000<br>beth.herrington@morganlewis.com<br><br>Dated: July 3, 2019 |

HICKEY HAUCK BISHOFF
& JEFFERS, PLLC

By: */s/ Benjamin W. Jeffers*
  Benjamin W. Jeffers (P57161)
  *Attorney for Defendant*
  One Woodward Avenue, Suite 2000
  Detroit, MI 48226
  (313) 964.8600
  bjeffers@hhbjlaw.com

  Dated: July 3, 2019