UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Temujin Kensu,

    *Plaintiff*,   Case No. 18-cv-11086

 v.   Hon. Sean F. Cox
    Mag. Patricia T. Morris

JPay, Inc.,

    *Defendant*.
_____/

**STIPULATED ORDER FOR ADDITIONAL EXTENSION OF TIME FOR PARTIES TO RESOLVE ISSUES RAISED IN PLAINTIFF'S MOTION TO LIFT STAY (DOC. # 28)**

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel, that, subject to the approval of the Court, the Court's imposed deadline of July 3, 2019 for the parties to resolve the issues raised in Plaintiff's Motion to Lift Stay (Doc. #28), extended by Stipulated Order (Doc. #32) to July 10, 2019, is hereby extended by an additional seven (7) days, to July 17, 2019.

    **SO ORDERED.**

Date: July 15, 2019   S/ PATRICIA T. MORRIS
    Patricia T. Morris
    United States Magistrate Judge

1

[Stipulation Signatures on Next Page]

STIPULATED AND AGREED:

| EXCOLO LAW, PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: */s/ Keith L. Altman*<br>Keith L. Altman (P81702)<br>*Attorney for Plaintiff*<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>(866) 939-2656<br>kaltman@excololaw.com | By: */s/ Elizabeth Herrington*<br>Elizabeth Herrington (IL#6244547)<br>*Attorney for Defendant*<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>(312) 324-1000<br>beth.herrington@morganlewis.com |
| Dated: July 11, 2019 | Dated: July 11, 2019 |

HICKEY HAUCK BISHOFF
& JEFFERS, PLLC

By: */s/ Benjamin W. Jeffers*
Benjamin W. Jeffers (P57161)
One Woodward Avenue, Suite 2000
Detroit, MI 48226
(313) 964.8600
bjeffers@hhbjlaw.com

Dated: July 11, 2019