# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Temujin Kensu,

    *Plaintiff*,

 v.

JPay, Inc.,

    *Defendant.*

_____/

Case No. 18-cv-11086

Hon. Sean F. Cox
Mag. Patricia T. Morris

## STIPULATED ORDER TO RESOLVE PLAINTIFF'S MOTION TO LIFT STAY (DOC. # 28)

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel, subject to the approval of the Court, that:

1. Plaintiff hereby withdraws his pending Motion to Lift Stay (Doc. #28).

2. Plaintiff will submit this dispute to arbitration before the American Arbitration Association ("AAA"). Plaintiff reserves the right to challenge the validity of the Parties' arbitration agreement in the course of arbitration before AAA.

3. Arbitration will be conducted pursuant to AAA's Consumer Arbitration Rules before a panel of three arbitrators.

4. Any in-person arbitration hearings will take place within 50 miles of where Plaintiff is housed. The Parties reserve the right to request telephonic arbitration.

**SO ORDERED.**

Date: July 18, 2019                                S/ PATRICIA T. MORRIS
                                                   Patricia T. Morris
                                                   United States Magistrate Judge

STIPULATED AND AGREED:

| EXCOLO LAW, PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|

By:  */s/ Keith L. Altman*            By:  */s/ Elizabeth Herrington*
     Keith L. Altman (P81702)            Elizabeth Herrington (IL#6244547)
     *Attorney for Plaintiff*            *Attorney for Defendant*
     26700 Lahser Road, Suite 401        77 West Wacker Drive, Fifth Floor
     Southfield, MI 48033                Chicago, IL 60601
     (866) 939-2656                      (312) 324-1000
     kaltman@excololaw.com               beth.herrington@morganlewis.com

     Dated: July 17, 2019                Dated: July 17, 2019

HICKEY HAUCK BISHOFF
& JEFFERS, PLLC

By:  */s/ Benjamin W. Jeffers*
     Benjamin W. Jeffers (P57161)
     One Woodward Avenue, Suite 2000
     Detroit, MI 48226
     (313) 964.8600
     bjeffers@hhbjlaw.com

     Dated: July 17, 2019