UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU, INDIVIDUALLY,
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    *Plaintiffs,*

v.

JPAY INC.

    *Defendant.*

Case No. 2:18-cv-11086-SFC-PTM

Hon. Sean F. Cox
Mag. Judge Patricia T. Morris

---

EXCOLO LAW PLLC
Keith L. Altman (P81702)
Solomon M. Radner (P73653)
Ari Kresch (P29593)
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
kaltman@lawampmmt.com

*Attorneys for Plaintiff and the Class*

MORGAN, LEWIS, & BROCKIUS LLP
Elizabeth Herrington (IL#6244547)
Zachary R. Lazar (IL#6325727)
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
312-324-1000
beth.herrington@morganlewis.com

HICKEY HAUCK BISHOFF & JEFFERS PLLC
Benjamin W. Jeffers (P57161)
One Woodward Avenue, Suite 2000
Detroit, MI 48226
313-964-8600
bjeffers@hhbjlaw.com

*Attorneys for Defendant*

# DECLARATION OF KEITH ALTMAN AND
# INDEX OF EXHIBITS

Pursuant to 28 U.S.C. § 1746, I, Keith Altman, declare under the penalty of perjury: I make this declaration in support of Plaintiff's opposition to Defendant Defendant's Motion for Summary Judgment. I am an attorney at Excolo Law, PLLC located at 26700 Lahser Road, Suite 401, Southfield, MI 48033. Each of the following exhibits attached to this declaration is a true and correct copy.

**Exhibit A** – A true and correct copy of a letter a sent to Defendant's counsel in this matter on August 26, 2019.

**Exhibit B** – A true and correct copy of an email exchange between myself and Defendant's counsel in this matter.

**Exhibit C** – A true and correct copy of a letter I sent to Defendant's counsel in this matter on September 20, 2019.

**Exhibit D** – A true and correct copy of a letter I received from Defendant's counsel in this matter dated October 31, 2019.

**Exhibit E** – A true and correct copy of a letter I received from Defendant's counsel in this matter dated November 27, 2019.

//
//
//
//
//

I declare under the penalty of perjury that the foregoing is true and correct.

                                          Respectfully Submitted,

                                          EXCOLO LAW, PLLC

Dated: December 10, 2019            By: */s/ Keith Altman*
                                          Keith Altman (P81702)
                                          *Attorney for Plaintiff*
                                          26700 Lahser Rd., Suite 401
                                          Southfield, MI 48033
                                          (516) 456-5885
                                          kaltman@excololaw.com