# EXHIBIT B

| | |
|---|---|
| **From:** | Herrington, Beth |
| **To:** | Keith Altman; "Benjamin Jeffers" |
| **Cc:** | Tianna Dix; Kelly Casey |
| **Subject:** | RE: Michigan JPay |
| **Date:** | Friday, September 13, 2019 11:18:05 AM |
| **Attachments:** | mg_info.txt |

We agree that the individuals listed in your letter may arbitrate individually before the AAA (under the Kensu terms).

Our class waiver is effective and we reserve all rights concerning its enforcement.

Beth


**Beth Herrington**
**Morgan, Lewis & Bockius LLP**
77 West Wacker Drive | Chicago, IL 60601
Direct: +1.312.324.1445 | Main: +1.312.324.1000 | Cell: +1.312.543.8291 | Fax: +1.312.324.1001
beth.herrington@morganlewis.com | www.morganlewis.com
Assistant: Rhoda Morris | +1.312.324.1157 |rhoda.morris@morganlewis.com


**From:** Keith Altman <kaltman@excololaw.com>
**Date:** Thursday, Sep 12, 2019, 6:15 AM
**To:** Herrington, Beth <beth.herrington@morganlewis.com>, 'Benjamin Jeffers' <bjeffers@hhbjlaw.com>
**Cc:** Tianna Dix <tdix@excololaw.com>, Kelly Casey <kcasey@excololaw.com>
**Subject:** RE: Michigan JPay

[EXTERNAL EMAIL]
Beth,

Thank you.  We will wait a couple of more days before we start filing in court.

Keith

Keith Altman
Excolo Law and The Law Office of Keith Altman
516-456-5885
kaltman@excololaw.com
Licensed in California and Michigan


**From:** Herrington, Beth [mailto:beth.herrington@morganlewis.com]
**Sent:** Thursday, September 12, 2019 9:14 AM
**To:** Keith Altman <kaltman@excololaw.com>; 'Benjamin Jeffers' <bjeffers@hhbjlaw.com>
**Cc:** Tianna Dix <tdix@excololaw.com>; Kelly Casey <kcasey@excololaw.com>
**Subject:** RE: Michigan JPay

Keith — We do not waive arbitration.  I am speaking with the client to today and will be back

to you.

Thanks—
Beth


**Beth Herrington**
**Morgan, Lewis & Bockius LLP**
77 West Wacker Drive | Chicago, IL 60601
Direct: +1.312.324.1445 | Main: +1.312.324.1000 | Cell: +1.312.543.8291 | Fax: +1.312.324.1001
beth.herrington@morganlewis.com | www.morganlewis.com
Assistant: Rhoda Morris | +1.312.324.1157 |rhoda.morris@morganlewis.com

---

**From:** Keith Altman <kaltman@excololaw.com>
**Date:** Thursday, Sep 12, 2019, 8:12 AM
**To:** Herrington, Beth <beth.herrington@morganlewis.com>, 'Benjamin Jeffers' <bjeffers@hhbjlaw.com>
**Cc:** Tianna Dix <tdix@excololaw.com>, Kelly Casey <kcasey@excololaw.com>
**Subject:** Michigan JPay

[EXTERNAL EMAIL]
Beth and Ben,

On August 26th I sent you a letter outlining a number of claims by prisoners in the MDOC. I have attached another copy for your convenience. In the letter, we asked you to consent to arbitrations under the same terms as Kensu and gave you 14 days to respond. We have not heard any response.

Given your lack of response, we are assuming that you are waiving arbitration and will be filing cases in federal court and will indicate them as related cases to Kensu.

Lastly, we will be sending another letter next week on several additional cases and a request for consent to arbitrate under the same terms as Kensu.


Keith

Keith Altman
Excolo Law and The Law Office of Keith Altman
516-456-5885
kaltman@excololaw.com
Licensed in California and Michigan


This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-529-3476 and delete the message.

This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-529-3476 and delete the message.