# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TEMUJIN KENSU, INDIVIDUALLY,
AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

      Plaintiff,

  v.

JPAY INC.

      *Defendant.*

Case No. 2:18-cv-11086-SFC-PTM

Hon. Sean F. Cox
Mag. Judge Patricia T. Morris

---

EXCOLO LAW PLLC
Keith L. Altman (P81702)
Solomon M. Radner (P73653)
Ari Kresch (P29593)
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
kaltman@lawampmmt.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
Elizabeth Herrington (IL#6244547)
Zachary R. Lazar (IL#6325727)
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
312-324-1000
beth.herrington@morganlewis.com

HICKEY HAUCK BISHOFF & JEFFERS PLLC
Benjamin W. Jeffers (P57161)
One Woodward Avenue, Suite 2000
Detroit, MI 48226
313.964.8600
bjeffers@hhbjlaw.com

*Attorneys for Defendant*

## EXHIBITS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CORRECTIVE ACTION AND TO COMPEL ARBITRATION

Exhibit A:   Jpay 2019 Terms of Use

Exhibit B:   Letter from K. Altman dated August 26, 2019

Exhibit C:   Letter from K. Altman dated September 20, 2019

Exhibit D:   Letter from E. Herrington dated October 31, 2019

Exhibit E:   Email from K. Altman dated October 31, 2019

Exhibit F:   Letter from K. Altman dated November 4, 2019

Exhibit G    Letter from K. Altman dated December 2, 2019

Exhibit H:   Unpublished Decisions