# Exhibit E

| | |
|---|---|
| **From:** | Keith Altman <kaltman@excololaw.com> |
| **Sent:** | Thursday, October 31, 2019 12:56 PM |
| **To:** | Lazar, Zachary R. |
| **Cc:** | Herrington, Beth; Benjamin Jeffers |
| **Subject:** | RE: JPay Arbitrations |

[EXTERNAL EMAIL]
All,

1) These individuals are part of the putative class.  Until that issue is resolved they remain members of the class.
2) The terms that apply here are those which were in effect at the time the case was filed.
3) Seems to me that Jpay acted inappropriately in changing the terms *after* the case was filed.  Those changes do not apply to anyone who is in the putative class.

Since Jpay does not agree with the terms of the arbitration agreement it forced upon the MDOC prisoners and their families, we will be filing a motion to compel arbitration in the Kensu matter on behalf of all putative class members.

For years, Jpay insisted upon arbitration on outrageous terms in a deliberate attempt to dissuade anyone from taking them on.  Now that someone has, Jpay is running the other way.

I will assume that based on our conversations and Jpay's letter that we have met and conferred on the topic.

See you in Bay City.

Keith

Keith Altman
Excolo Law and The Law Office of Keith Altman
516-456-5885
kaltman@excololaw.com
Licensed in California and Michigan

---

**From:** Lazar, Zachary R. [mailto:zachary.lazar@morganlewis.com]
**Sent:** Thursday, October 31, 2019 1:34 PM
**To:** Keith Altman <kaltman@excololaw.com>
**Cc:** Herrington, Beth <beth.herrington@morganlewis.com>; Benjamin Jeffers <bjeffers@hhbjlaw.com>
**Subject:** JPay Arbitrations

Counsel:

Please see the attached correspondence.

Thank you,
Zachary

**Zachary R. Lazar**
**Morgan, Lewis & Bockius LLP**
77 West Wacker Drive, Fifth Floor | Chicago, IL 60601

Direct: +1.312.324.1492 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
zachary.lazar@morganlewis.com | www.morganlewis.com
Assistant: Beverly Johnson | +1.312.324.1116 | beverly.johnson@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

*This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-529-3476 and delete the message.*