UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Temujin Kensu,

               Plaintiff(s),

v.                                        Case No. 2:18−cv−11086−SFC−PTM
                                              Hon. Sean F. Cox

JPay, Inc.,

               Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Patricia T. Morris as follows:

- STATUS CONFERENCE:  July 20, 2020 at 11:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/K Castaneda
                                                        Case Manager

Dated:  July 16, 2020