UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Temujin Kensu,

                Plaintiff(s),

v.                                         Case No. 2:18−cv−11086−SFC−PTM
                                                      Hon. Sean F. Cox

JPay, Inc.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Patricia T. Morris as follows:

- STATUS CONFERENCE:  January 5, 2021 at 09:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Conference informationw ill provided to attorneys via e−mail

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/K Castaneda
                                                           Case Manager

Dated:   December 15, 2020