UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,   CASE NO. 18-11086
   DISTRICT JUDGE SEAN F. COX
*Plaintiff,*   MAGISTRATE JUDGE PATRICIA T. MORRIS

v.

JPAY, INC.

*Defendant.*
_____/

## ORDER OF COMPLETION OF REFERRAL

The above case was referred to the Magistrate Judge for all pretrial proceedings on May 11, 2018. As of today's date, the Court has been notified that the parties reached a settlement. Therefore, the case is returned to the chambers of the District Judge for further proceedings.

Date: December 22, 2020   S/ PATRICIA T. MORRIS
   Patricia T. Morris
   United States Magistrate Judge