# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TEMUJIN KENSU, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 2:18-cv-11086-SFC-PTM |
| *Plaintiff*, | Hon. Sean F. Cox |
| v. | Mag. Judge Patricia T. Morris |
| JPAY INC. | |
| *Defendant*. | |

## STIPULATED ORDER OF DISMISSAL

The Court having previously stayed this case pending arbitration; the Court being advised that the case has since resolved; and based on the stipulation of the parties and otherwise being advised on the premises;

**IT IS HEREBY ORDERED** that the case is dismissed with prejudice and with each party to bear its own fees and expenses except as they may otherwise have agreed as part of their settlement; this Order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Dated: July 9, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Stipulated to by:

| **TEMUJIN KENSU** | **JPAY INC.** |
|---|---|
| By: /s/ Keith L. Altman | By: /s/ Elizabeth Herrington (with consent) |
| Keith L. Altman (P81702) | Elizabeth Herrington (IL#6244547) |
| THE LAW OFFICE OF KEITH ALTMAN | Zachary R. Lazar (IL#6325727) |
| 33228 West 12 Mile Road | MORGAN, LEWIS & BOCKIUS LLP |
| Farmington Hills, MI  48334 | 77 West Wacker Drive, Fifth Floor |
| 516-456-5885 | Chicago, IL 60601 |
| kaltma@lawampmmt.com | 312-324-1000 |
| | beth.herrington@morganlewis.com |
| *Attorney for Plaintiff* | |
| | Benjamin W. Jeffers (P57161) |
| | HICKEY HAUCK BISHOFF & JEFFERS PLLC |
| | One Woodward Avenue, Suite 2000 |
| | Detroit, MI 48226 |
| | 313.964.8600 |
| | bjeffers@hhbjlaw.com |
| | *Attorneys for Defendant* |